# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**XAVIER RUIZ,**

Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT,** and **CORALYS DELAGNEAU,**

Appellees.

No. 4D19-3566

[February 5, 2020]

Appeal from the State of Florida, Department of Revenue, Child Support Program; Case No. 2001441706 and DEP.# 50190700844CA.

Xavier Ruiz, Riviera Beach, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

MAY, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***